DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANE MATTHEW WHITE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3084

[February 28, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Colbath, Judge; L.T. Case Nos. 2009CF012058AXXXMB, 2009CF012151AXXXMB and 2009CF012296A.

Dane M. White, Avon Park, pro se.

Ashley B. Moody, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***